# STATE OF FLORIDA v OLSON

## Case No. 85-276-AC (County Court Case No. 01885ML)

Eleventh Judicial Circuit, Appellate Division, Dade County

February 26, 1988

## APPEARANCES OF COUNSEL

**Jim Smith,** Attorney General, and **Calvin L. Fox,** Assistant Attorney General, for appellant.

**John H. Lipinski** for appellee.

Before ROBINSON, KORNBLUM, KAYE, JJ.

## OPINION OF THE COURT

KORNBLUM, J.

After a traffic stop, Defendant/Appellee, in response to a question by the officer, said he had been drinking. Upon motion the trial court suppressed the statement.

At trial, the Court denied the State's Motion for a Continuance and to extend the speedy trial period so that it could appeal the Order of Suppression. The Court then dismissed the case for lack of prosecution. This appeal followed.

We reversed based upon the rationale of *Berkemer v. McCarty,* 468 U.S. 420, 104 S.Ct. 3138, 82 L.Ed.2d 317 (1984) on the issue of Miranda warnings and on the authority of *State v. Jenkins,* 389 So.2d 971 (Fla. 1980) and *Barker v. Wingo,* 407 U.S. 514, 92 S.Ct. 2182, 33 L.Ed.2d 101 (1972) on the issue of denial of the State's request for an extension.

Remanded for proceedings in accordance with this opinion.